**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Will Rogers Mitchum, Appellant.

Appellate Case No. 2018-000225

―――――――――

Appeal From Orangeburg County
James R. Barber, III, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2018-UP-469
Submitted November 1, 2018 – Filed December 19, 2018

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defenders Robert M. Pachak and LaNelle Cantey DuRant, both of Columbia, for Appellant.

Matthew C. Buchanan, of the South Carolina Department of Probation, Parole and Pardon Services, of Columbia, for Respondent.

―――――――――

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**KONDUROS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.